No. 16-3131

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MERYL SQUIRES-CANNON; ) <br> RICHARD KIRK CANNON; ) <br> ROYALTY PROPERTIES, LLC; and ) <br> CANNON SQUIRES PROPERTIES, LLC; ) <br>     Plaintiffs/Appellants, ) <br>  v. ) <br> ) <br> FOREST PRESERVE DISTRICT OF COOK ) <br> COUNTY, ILLINOIS; ) <br> BMO HARRIS BANK, N.A.; ) <br> UNITED STATES OF AMERICA; ) <br> BAYVIEW LOAN SERVICING, LLC; ) <br> FRANCIS L. KELDERMANS; ) <br> McGINLEY PARTNERS, LLC; ) <br> ROBERT R. McGINLEY; and ) <br> DOES 1 through 15; ) <br>     Defendants/Appellees.  ) | Appeal from: <br><br> Northern District of Illinois <br><br> Case No.:  14-CV-5611 <br><br> Judge:    Honorable Sara L. Ellis <br><br> Magistrate:  Honorable Maria Valdez |

**APPELLANTS' MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLANTS' BRIEF AND APPENDIX**

NOW COME Appellants, by and through their undersigned counsel, and hereby move for an extension of the current January 13, 2017 deadline for filing Appellants' Brief and Appendix, to a new date no earlier than February 17, 2017, with a like extension of the deadlines for filing Appellees' briefs; and in support thereof, would show as follows:

1. Just two weeks ago, Appellants' undersigned counsel (a sole practitioner) returned from participation in an ongoing extended arbitration in San Diego, to learn of the November 16, 2016 Order from this Court setting a briefing schedule in this above-styled and numbered appeal. The Order came as a total surprise, given that the Cannon parties had submitted two alternative global settlement offers in the pending mediation program over which Rocco Spagna is presiding in this and another Federal (Northern District of Illinois) matter (Meryl

Squires-Cannon v. Forest Preserve District of Cook County - 7th Circuit Case No. 16-3118) involving the same parties, and to which offer they have not yet received any response. Confidentiality requirements of that mediation prevent disclosure of the details of those pending offers. Appellants delayed filing this request for extension hoping to receive a more timely favorable response from FPD, but feel time-pressured to contact you at this time.

2. It was Appellants' understanding that the briefing schedules in both matters were stayed under Circuit Rule 33 while the parties are participating in the mediated settlement negotiations, and until those negotiations have formally terminated. It was under that understanding that Appellants' undersigned counsel committed to represent one of the parties in a very extensive out-of-state arbitration, seeking over $78 Million in damages, asserting infringement of over 45 separate patent claims, with thirteen listed witnesses and eight experts. That arbitration is currently scheduled to proceed in San Diego until and through January 13, 2017 (with some time off over the holidays), and with necessary post-hearing briefs being due in the several weeks following that completion.

3. The November 16, 2016 Order in this instant appeal requires Appellants' brief (which Appellants' counsel, a solo practitioner, is responsible to personally prepare) to be filed by the same date - January 13, 2017. Given the total overlap and impossibility of Appellants' counsel's simultaneous participation in the two separate matters (the ongoing San Diego arbitration through January 27 inclusive of briefing, and this 7th Circuit appeal briefing), and the fact that settlement offers still remain open in the matters being mediated, Appellants respectfully request that Appellants' briefing schedule in this matter be extended until three weeks after that January 27 arbitration date - - to be due no earlier than February 17, 2017 - - and that the deadlines for Appellees' briefs be similarly extended a like period of time.

4. It would be detrimental to the prospects of a global settlement, and unfair and prejudicial to the Cannon parties to have to prepare an appeal brief while their counsel is unavailable due to participation in the San Diego arbitration, especially over the upcoming holidays and during the pendency of their two pending alternative settlement offers.

WHEREFORE, Appellants respectfully request that this Honorable Court enter an Order extending the filing deadline for Appellants' brief to a date no earlier than February 17, 2017, with the filing date for Appellees' briefs to be extended a like period of time.

DATED: December 9, 2016

                                        RESPECTFULLY SUBMITTED,

                                    /s/ Richard Kirk Cannon
                                   Richard Kirk Cannon
                                   Law Offices of Cannon & Associates
                                   117 S. Cook St., #361
                                   Barrington, IL  60010-4311
                                   TEL:  (847) 381-1600
                                   FAX: (847) 381-6650
                                   EMAIL: rkcannon@cannoniplaw.com

                                  *Attorneys for Plaintiffs, and pro se*

## AFFIDAVIT IN SUPPORT OF APPELLANTS' MOTION
## FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF AND APPENDIX

Richard Kirk Cannon, swears and affirms, under penalties of perjury, as follows:

1. I have personal knowledge of each of the facts stated in *Appellants' Motion For Extension Of Time Within Which To File Appellants' Brief And Appendix*, and swear and affirm that they are each true and correct.

2. I am Appellants' counsel in this matter and am a sole practitioner.

3. Just two weeks ago, I returned from participation in an ongoing extended arbitration in San Diego, to learn of the November 16, 2016 Order from this Court setting a briefing schedule in this above-styled and numbered appeal. The Order came as a total surprise, given that the Cannon parties had submitted two alternative global settlement offers in the pending mediation program over which Rocco Spagna is presiding in this and another Federal (Northern District of Illinois) matter (Meryl Squires-Cannon v. Forest Preserve District of Cook County - 7th Circuit Case No. 16-3118) involving the same parties, and to which offer they have not yet received any response. Confidentiality requirements of that mediation prevent disclosure of the details of those pending offers. I delayed filing this request for extension hoping to receive a more timely favorable response from FPD, but feel time-pressured to contact you at this time.

4. It was my understanding that the briefing schedules in both matters were stayed under Circuit Rule 33 while the parties are participating in the mediated settlement negotiations, and until those negotiations have formally terminated. It was under that understanding that I committed to represent one of the parties in a very extensive out-of-state arbitration, seeking over $78 Million in damages, asserting infringement of over 45 separate patent claims, with thirteen listed witnesses and eight experts. That arbitration is currently scheduled to proceed in San Diego until and through January 13, 2017 (with some time off over the holidays), and with necessary post-hearing briefs being due in the several weeks following that completion.

5. The November 16, 2016 Order in this instant appeal requires Appellants' brief (which I am responsible to personally prepare) to be filed by the same date - January 13, 2017. Due to the

total overlap and impossibility of my simultaneous participation in the two separate matters (the ongoing San Diego arbitration through January 27 inclusive of briefing, and this 7th Circuit appeal briefing), and the fact that settlement offers still remain open in the matters being mediated, I am respectfully requesting that Appellants' briefing schedule in this matter be extended until three weeks after that January 27 arbitration date - - to be due no earlier than February 17, 2017 - - and that the deadlines for Appellees' briefs be similarly extended a like period of time.

6. It would be detrimental to the prospects of a global settlement, and unfair and prejudicial to the Cannon parties, for me to have to prepare an appeal brief while I am essentially unavailable due to my participation in the San Diego arbitration, especially over the upcoming holidays and during the pendency of the Cannon parties' two pending alternative settlement offers.

I, Richard Kirk Cannon, hereby swear and affirm, under penalty of perjury under the laws of the State of Illinois, that the above is of my own personal knowledge true and correct.

*Richard Kirk Cannon*
Richard Kirk Cannon

## PROOF OF SERVICE

I hereby certify that on December 9, 2016, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Richard Kirk Cannon