No. 16-3131

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MERYL SQUIRES-CANNON; ) <br> RICHARD KIRK CANNON; ) <br> ROYALTY PROPERTIES, LLC; and ) <br> CANNON SQUIRES PROPERTIES, LLC; ) <br>    Plaintiffs/Appellants, ) <br>  v. ) <br> ) <br> FOREST PRESERVE DISTRICT OF COOK ) <br> COUNTY, ILLINOIS; ) <br> BMO HARRIS BANK, N.A.; ) <br> UNITED STATES OF AMERICA; ) <br> BAYVIEW LOAN SERVICING, LLC; ) <br> FRANCIS L. KELDERMANS; ) <br> McGINLEY PARTNERS, LLC; ) <br> ROBERT R. McGINLEY; and ) <br> DOES 1 through 15; ) <br>    Defendants/Appellees. ) | Appeal from: <br><br> Northern District of Illinois <br><br> Case No.: 14-CV-5611 <br><br> Judge:  Honorable Sara L. Ellis <br><br> Magistrate: Honorable Maria Valdez |

**APPELLANTS' MOTION FOR SHORT ONE-WEEK EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLANTS' BRIEF AND APPENDIX**

 NOW COME Appellants, by and through their undersigned counsel, and hereby move for a short one-week extension of the current February 17, 2017 deadline for filing Appellants' Brief and Appendix, to a new date no earlier than February 24, 2017, with a like extension of the deadlines for filing Appellees' briefs; and in support thereof, would show as follows:

1. Appellants respectfully seek an emergency extension of the current filing deadline, as extreme hardship to the undersigned counsel will result if the extension is not granted.

2. Appellants' undersigned counsel (a sole practitioner) has been in good faith working full time on his brief in this matter, fully expecting to have his brief and appendix timely completed by the current deadline for filing same. However, although recently putting in very long hours

each day and getting very little sleep, the deadline for filing same is approaching and, due to two separate and unanticipated technical challenges within just this past week (preventing seeking this extension one week in advance), which required complete replacements of his only printer/scanner *and* the loss of his cell phone (only record of communication contact numbers and calendared deadlines), the brief herein is not yet ready to be filed. The undersigned has attempted in good faith to overcome the referenced time-consuming distractions and disruptions, but finds it unrealistic to expect he will be able to fully meet the current filing deadline of February 17, 2017 with anything close to a finished product.

3. Rather than trying to present what would be an extremely rushed substandard and incomplete brief to this Court, Appellants' counsel respectfully asks for this Court's indulgence and requests a very short extension of just one week in order to more fully complete and file Appellants' brief.

4. Previously, due to an out-of-state-litigation scheduling conflict, Appellants' undersigned counsel on December 9, 2016 filed a motion for extension of the prior briefing schedule, which motion was granted.

WHEREFORE, Appellants respectfully request that this Honorable Court enter an Order extending the filing deadline for Appellants' brief to a date no earlier than February 24, 2017, with the filing date for Appellees' briefs to be extended a like period of time.

DATED: February 16, 2017

                                                RESPECTFULLY SUBMITTED,

                                                  /s/ Richard Kirk Cannon
                                                Richard Kirk Cannon
                                                Law Offices of Cannon & Associates
                                                117 S. Cook St., #361
                                                Barrington, IL  60010-4311
                                                TEL:  (847) 381-1600
                                                FAX: (847) 381-6650
                                                EMAIL: rkcannon@cannoniplaw.com

                                            *Attorneys for Plaintiffs, and pro se*

### AFFIDAVIT IN SUPPORT OF APPELLANTS' MOTION FOR SHORT ONE-WEEK EXTENSION OF TIME TO FILE APPELLANTS' BRIEF AND APPENDIX

Richard Kirk Cannon, swears and affirms, under penalties of perjury, as follows:

1. I have personal knowledge of each of the facts stated in *Appellants' Motion For Short One-Week Extension Of Time Within Which To File Appellants' Brief And Appendix*, and swear and affirm that they are each true and correct.

2. I am Appellants' counsel in this matter and am a sole practitioner.

3. My only printer/scanner just recently stopped functioning *and* my cell phone was irreparably damaged, forcing me have to replace both of them within just this past week, and try to recover lost communication and calendar data therefrom, while simultaneously attempting to complete Appellants' brief in this action. These time-consuming and wholly unanticipated distractions and disruptions placed a significant burden on my timely preparations of Appellants' brief, causing me to now seek a short one-week extension of the current February 17, 2017 deadline for filing Appellants' brief and appendix.

4. It would be an extreme hardship to me if the requested short extension is not granted and the unanticipated disruptions were to prevent presentation of Appellants' brief to this Court

5. This short extension is being sought in good faith and not for purposes of delay.

I, Richard Kirk Cannon, hereby swear and affirm, under penalty of perjury under the laws of the State of Illinois, that the above is of my own personal knowledge true and correct.

*Richard Kirk Cannon*
Richard Kirk Cannon

### PROOF OF SERVICE

I hereby certify that on February 16, 2017, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Richard Kirk Cannon