No. 16-3131

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MERYL SQUIRES-CANNON; ) <br> RICHARD KIRK CANNON; ) <br> ROYALTY PROPERTIES, LLC; and ) <br> CANNON SQUIRES PROPERTIES, LLC; ) <br>     Plaintiffs/Appellants, ) <br>   v. ) <br> ) <br> FOREST PRESERVE DISTRICT OF COOK ) <br> COUNTY, ILLINOIS; ) <br> BMO HARRIS BANK, N.A.; ) <br> UNITED STATES OF AMERICA; ) <br> BAYVIEW LOAN SERVICING, LLC; ) <br> FRANCIS L. KELDERMANS; ) <br> McGINLEY PARTNERS, LLC; ) <br> ROBERT R. McGINLEY; and ) <br> DOES 1 through 15; ) <br>     Defendants/Appellees. ) | Appeal from: <br><br> Northern District of Illinois <br><br> Case No.: 14-CV-5611 <br><br> Judge:    Honorable Sara L. Ellis <br><br> Magistrate: Honorable Maria Valdez |

**APPELLANTS' OPPOSITION TO APPELLEES MOTION FOR EXTENSION OF TIME AND CROSS-MOTION**

NOW COME Appellants, by and through their undersigned counsel, and *oppose* Appellants' Motion For Extension of Time of five weeks for all deadlines, and cross-move for a further extended deadline for Appellants' Reply Brief; and in support thereof, would show as follows:

1. Under the current briefing schedule, Appellants' undersigned counsel (a sole practitioner) would receive service of Appellees' Briefs by March 27, 2017, and then have only two weeks to prepare Appellants' Reply thereto by the current deadline of April 10, 2017. However, if the entire current briefing schedule is extended five additional weeks as Appellees request, Appellees would have more than nine weeks to prepare their response brief, Appellant would not receive what is sure to be an extensive Appellees' Brief until May 1, 2017, and then would need to prepare Appellants' Reply just two weeks later by May 15, 2017.

2. In addition to the inequitable imbalance in time preparations allowed by the proposed extension, the proposed new deadlines create an impossible time conflict with Appellants' counsel's schedule, in that he is committed (in an unrelated $78 Million arbitration proceeding) to receive Respondents' Brief on April 24, 2017, and then must prepare and file his responsive Closing Brief by May 12, 2017. [See attached emailed Order dated March 3, 2017.] Thus, if the requested extension is granted herein, Appellants' counsel would be expected to draft and file a Closing Brief in the arbitration from April 24 until May 12, while *at the same time* he would be preparing a Reply brief herein from May 1 until May 15 (already a very limited time period in which to respond to the multiple Appellees herein). The clear overlap will be impossible for Appellants' undersigned counsel to accommodate.

3. In the arbitration proceeding, retired Federal Judge Phillip M. Pro has ordered that "No additional extensions will be granted with regard to briefing …". [Id.]

4. Appellants' counsel as a general rule always attempts to cooperate with opposing counsel whenever extensions are requested and, even though Appellees opposed extensions when sought by Appellants herein, Appellants' counsel did as a professional courtesy agree not to oppose a 30-day extension of Appellees' Brief (without then recognizing the impossible conflict that would impose upon Appellants' undersigned counsel.)

**WHEREFORE**, Appellants respectfully request, if Appellees' requested extension is granted, that Appellants' Reply brief be scheduled due no earlier than June 5, 2017, thus giving Appellants' counsel time (after his arbitration Closing Brief) to respond to Appellees' extensive briefs herein.

DATED: March 13, 2017

>RESPECTFULLY SUBMITTED,
>
> /s/ Richard Kirk Cannon
>Law Offices of Cannon & Associates
>117 S. Cook St., #361
>Barrington, IL  60010-4311
>TEL:  (847) 381-1600
>FAX: (847) 381-6650
>EMAIL: rkcannon@cannoniplaw.com
>
>*Attorneys for Plaintiffs, and pro se*

# AFFIDAVIT IN SUPPORT OF APPELLANTS' MOTION FOR SHORT ONE-WEEK EXTENSION OF TIME TO FILE APPELLANTS' BRIEF AND APPENDIX

Richard Kirk Cannon, swears and affirms, under penalties of perjury, as follows:

1. I have personal knowledge of each of the facts stated in *Appellants' Opposition To Appellees' Motion For Extension*, and swear and affirm that they are each true and correct.

2. Attached hereto is a true copy of the emailed scheduling Order in the arbitration in which I am counsel of record.

3. I am also Appellants' counsel in this matter, and am a sole practitioner.

4. It would be an extreme hardship to me if the requested extension is granted and the deadline for Appellants' brief is not extended to a date not earlier than June 5, 2017.

5. This requested extension for Appellants' Reply Brief is being sought in good faith and not for purposes of delay.

I, Richard Kirk Cannon, hereby swear and affirm, under penalty of perjury under the laws of the State of Illinois, that the above is of my own personal knowledge true and correct.

_____
Richard Kirk Cannon

## PROOF OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Richard Kirk Cannon

Case: 16-3131     Document: 20     Filed: 03/13/2017     Pages: 6

# Re: Irori Technologies, Inc. v. Procopio - Case No. 1240022033

Philip Pro <philipmpro@gmail.com>

Tue 3/7/2017 1:41 PM

To: Richard Cannon <rkcannon@cannoniplaw.com>;

Cc: Peter_weinstein@one3ip.com <Peter_weinstein@one3ip.com>; Ragesh Tangri <RTangri@durietangri.com>; Dave McGowan <DMcGowan@durietangri.com>; Margaret Ann Franz <mafranz@durietangri.com>; Mara Satterthwaite <msatterthwaite@jamsadr.com>;

Dear Counsel,

Having read Mr. Cannon's emails of March 6th requesting an extension of time for filing Claimant's Opening Brief, Mr. McGowan's responsive email, and Mr. Cannon's reply email, both received earlier today, the undersigned Arbitrator finds that the following extensions for briefing are appropriate, and are therefore Ordered:

The deadline by which Claimant shall file their Opening Brief is hereby extended to, and including, Monday, March 20, 2017. ==Respondent's shall thereafter be permitted to, and including Monday, April 24, 2017, within which to file a Responding Brief, and Claimant shall be permitted to, and including Friday, May 12, 2017, within which to file a Reply. No additional extensions will be granted with regard to briefing,== and this Order shall not extend the deadline for filing of the Arbitrator's Award.

Thank you,

Philip Pro
Arbitrator

On Tue, Mar 7, 2017 at 10:33 AM, Richard Cannon <rkcannon@cannoniplaw.com> wrote:

> Dear Judge Pro:
>
> After reading Mr. McGowan's long attack on what he believes Claimant's counsel could or should have done, in his opinion, during these lengthy arbitration proceedings, it becomes abundantly clear that Respondents have no reason for opposing the requested extension other than to make things more difficult for Claimant to complete its Opening Brief. While recognizing that the shortened time period to complete Claimant's Opening Brief was caused by my having to spend more unanticipated time completing the Seventh Circuit appeal brief, his attacks on the legitimacy of those time

requirements have no basis in being argued before this tribunal - - the Seventh Circuit accepted the necessity of an extension in that case and granted same.

In short, Mr. McGowan ignores the unfair impact upon Claimant in this case which the Seventh Circuit appeal work would cause if the requested extension is not granted. I am a sole practitioner and, hence, these types of unanticipated workload requirements do occasionally create time challenges in other related cases.

**Mr. McGowan fails to give any argument whatsoever that Respondents would somehow be prejudiced** by the short 10-day extension which has been requested in good faith.

Claimant respectfully requests that Your Honor grant the 10-day extension on currently scheduled filing deadlines.

Richard Kirk Cannon
Law Offices of Cannon & Associates
117 S. Cook St., #361
Barrington, IL 60010
TEL: (847) 381-1600
FAX: (847) 381-6650
CEL: (847) 867-9640
http://www.cannoniplaw.com

---

**From:** Margaret Ann Franz <mafranz@durietangri.com>
**Sent:** Tuesday, March 7, 2017 12:00 PM
**To:** philipmpro@gmail.com
**Cc:** 'Peter_weinstein@one3ip.com'; Richard Cannon; Ragesh Tangri; Dave McGowan
**Subject:** Irori Technologies, Inc. v. Procopio - Case No. 1240022033

Dear Judge Pro:

At the direction of David McGowan, I attach his letter to you of instant date pertaining to the above-named matter.

Hope all is well with you!

Best regards,

MargaretAnn Franz
Paralegal

**Durie** Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
mafranz@durietangri.com
415-376-6412

--

**Hon. Philip M. Pro (Ret.)**
JAMS
3800 Howard Hughes Parkway, 11th Floor
Las Vegas, NV 89169
JAMS: (702) 457-5267
Mobile: (702) 591-0606