No. 16-3131

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MERYL SQUIRES-CANNON; ) | |
| RICHARD KIRK CANNON; ) | |
| ROYALTY PROPERTIES, LLC; and ) | Appeal from: |
| CANNON SQUIRES PROPERTIES, LLC; ) | |
|     Plaintiffs/Appellants, ) | Northern District of Illinois |
|     v. ) | |
| ) | Case No.: 14-CV-5611 |
| FOREST PRESERVE DISTRICT OF COOK ) | |
| COUNTY, ILLINOIS; ) | Judge:      Honorable Sara L. Ellis |
| BMO HARRIS BANK, N.A.; ) | |
| UNITED STATES OF AMERICA; ) | Magistrate: Honorable Maria Valdez |
| BAYVIEW LOAN SERVICING, LLC; ) | |
| FRANCIS L. KELDERMANS; ) | |
| McGINLEY PARTNERS, LLC; ) | |
| ROBERT R. McGINLEY; and ) | |
| DOES 1 through 15; ) | |
|     Defendants/Appellees. ) | |

**APPELLANTS' CONDITIONAL OPPOSTITION TO
APPELLEES' MOTION FOR A SECOND EXTENSION OF TIME**

    NOW COME Appellants, by and through their undersigned counsel, and hereby conditionally oppose *Appellees' Motion For A Second Extension Of Time* unless all remaining deadlines are similarly extended by the same 14-days extension being sought by Appellees; and in support thereof, would show as follows:

1. Appellants respectfully <u>conditionally</u> oppose *Appellees' Motion For A Second Extension Of Time* ("Motion") on the grounds that: (a) this Court has already given Appellees over 66 days in which to prepare their combined briefs in opposition to the Appeal Brief filed herein; and (b) Appellees did not even attempt to comply with Seventh Circuit Appellate Rule 26.

2. This Motion for further extension of the current filing deadline for Appellees' Briefs seeks to increase that already-extensive 66-day time period to a new total of 80 days, without even attempting to meet the requirements of Seventh Circuit Appellate Rule 26.

3. Seventh Circuit Rule 26 expressly states that "Notice of the fact that an extension will be sought must be given to the opposing counsel together with a copy of the motion prior to the filing thereof." No such notice was provided or even attempted.

4. Given the extensive time period already granted to the Appellees' multiple law firms involved, Appellant's counsel (a sole practitioner) was already concerned that the anticipated Appellees' Briefs would be so extensive and convoluted as to require an inordinate amount of focus and time in order to fully respond to same, and thus the potential already existed for a further related extension.

5. Had Appellees given the undersigned counsel advance notice of the instant Motion as required by Rule 26, they would have obtained Appellants' agreement to not oppose the instant Motion on the condition that the Appellants' Reply Brief deadline be likewise extended by the same additional 14 days sought by Appellees, from the current existing deadline for Appellants' Reply Brief of June 5 until the new date of June 19.

6. Conditioned upon this Court granting the same 14-day extension for *all* remaining deadlines, the undersigned counsel for Appellants does not oppose the instant Motion.

DATED: April 21, 2017

RESPECTFULLY SUBMITTED,

 /s/ Richard Kirk Cannon
Richard Kirk Cannon
Law Offices of Cannon & Associates
117 S. Cook St., #361
Barrington, IL  60010-4311
TEL:  (847) 381-1600
FAX: (847) 381-6650
EMAIL: rkcannon@cannoniplaw.com

*Attorneys for Plaintiffs, and pro se*

**PROOF OF SERVICE**

  I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                 s/ Richard Kirk Cannon